**BURSOR & FISHER, P.A.**
Joel D. Smith (State Bar No. 244902)
Brittany S. Scott (State Bar No. 327132)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: jsmith@bursor.com
        bscott@bursor.com

*Attorneys for Plaintiff*

**DECHERT LLP**
Christina Guerola Sarchio (*pro hac vice*)   Matthew F. Williams (CA Bar No. 323775)
1900 K Street, NW                              One Bush Street, Suite 1600
Washington, D.C.  20006-1110                   San Francisco, CA  94104-4446
Telephone:    +1 202 261 3300                  Telephone:    +1 415 262 4500
Facsimile:    +1 202 261 3333                  Facsimile:    +1 415 262 4555
Email:  christina.sarchio@dechert.com          Email:  matthew.williams@dechert.com

Hayoung Park (*pro hac vice*)
1095 Avenue of the Americas
New York, NY  10036-6797
Telephone:    +1 212 698 3500
Facsimile:    +1 212 698 3599
Email:  hayoung.park@dechert.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA CHAPPELL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>BOIRON, INC.,<br><br>Defendant. | Case No. 3:22-cv-00035-AMO<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Judge:  Araceli Martinez-Olguin |

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN Plaintiff Melissa Chappell ("Plaintiff") and Boiron, Inc. ("Defendant"), through their designated counsel, that this action be and is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure; and Plaintiff and Defendant, through their designated counsel, further stipulate that they shall each bear their own fees and costs.

Dated:  May 11, 2023     **BURSOR & FISHER, P.A.**

By:  */s/ Brittany S. Scott*
       Brittany S. Scott

Joel D. Smith (State Bar No. 244902)
Brittany S. Scott (State Bar No. 327132)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: jsmith@bursor.com
            bscott@bursor.com

*Attorneys for Plaintiff*

Dated:  May 11, 2023     **DECHERT LLP**

By:  */s/ Christina Guerola Sarchio*
       Christina Guerola Sarchio

Christina Guerola Sarchio (*pro hac vice*)
1900 K Street, NW
Washington, D.C.  20006-1110
Telephone:    +1  202  261  3300
Facsimile:      +1  202  261  3333
Email:  christina.sarchio@dechert.com

Hayoung Park (*pro hac vice*)
1095 Avenue of the Americas
New York, NY  10036-6797
Telephone:    +1  212  698  3500
Facsimile:      +1  212  698  3599
Email:  hayoung.park@dechert.com

Matthew F. Williams (CA Bar No. 323775)
One Bush Street, Suite 1600
San Francisco, CA  94104-4446

Telephone: +1 415 262 4500
Facsimile: +1 415 262 4555
Email: matthew.williams@dechert.com

*Attorneys for Defendant*

**SIGNATURE ATTESTATION**

Pursuant to Civil L.R. 5-1(h)(3), the filer of this document attests that all signatories have concurred in its filing.

Dated: May 11, 2023             By:   /s/ Brittany S. Scott
                                       Brittany S. Scott

                                *Attorneys for Plaintiff*